# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PABLO OSVALDO DE JESUS VARGAS CABRERA,<br><br>Petitioner,<br><br>vs.<br><br>FERETI SEMAIA, et al.<br><br>Respondents. | CASE NO. 5:26-cv-01575-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

The Clerk of Court is directed to close this case.

DATED: April 30, 2026

_____

HON. STEVE KIM
United States Magistrate Judge

1